UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDY ALONZO POOT-NAAL,<br><br>Defendant. | Case: 1:23-cr-20121<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 02-22-2023 At 12:27 PM<br>INDI USA v. Fredy Alonzo Poot-Naal (krc)<br><br>Violation<br>8 U.S.C. § 1326(a) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### REENTRY OF REMOVED ALIEN
### 8 U.S.C. § 1326(a)

On or about January 28, 2023, in the Eastern District of Michigan, FREDY ALONZO POOT-NAAL, an alien, was found in the United States after having been deported and removed from the United States on or about August 12, 2019, at or near Brownsville, Michigan, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

| | |
|---|---|
| Dated: February 22, 2023 | THIS IS A TRUE BILL. |
| DAWN N. ISON<br>United States Attorney | s/*Grand Jury Foreperson*<br>―――――――――――――――<br>GRAND JURY FOREPERSON |
| s/*J.Michael Buckley*<br>―――――――――――<br>MICHAEL BUCKLEY<br>Assistant United States Attorney<br>101 First Street, Suite 200 Bay City, Michigan 48708<br>Phone (989) 895-5712<br>Michael.buckley@usdoj.gov<br>P 36167 | s/*Anthony P. Vance*<br>―――――――――――<br>ANTHONY P. VANCE<br>Assistant United States Attorney<br>Chief – Branch Offices<br>600 Church Street<br>Flint, Michigan 48502-1280<br>Phone: (810) 766-5177<br>anthony.vance@usdoj.gov<br>P61148 |

2

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    X No

Case: 1:23-cr-20121
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 02-22-2023 At 12:27 PM
INDI USA v. Fredy Alonzo Poot-Naal (krc)

**Case Title:** USA v. Fredy Alonzo Poot-Naal

**County where offense occurred:** Isabella County

**Check One:**  X Felony    ☐ Misdemeanor    ☐ Petty

    x  Indictment/_____ Information ---  **no** prior complaint.
    ___ Indictment/_____ Information ---  based upon prior complaint [Case number:]
    ___ Indictment/_____ Information ---  based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: February 22, 2023

*s/Katharine Hemann*
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar #: WSBA 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.