# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                    Case: 1:23-cr-20121
                                                Hon: Thomas Ludington
                                                MJ: Patricia Morris

vs.

FREDY ALONZO POOT-NAAL
        Defendant.
_____/

## APPEARANCE

TO THE CLERK OF THE COURT:

Please enter my appearance as CJA appointed attorney on behalf of Defendant **Fredy Alonzo Poot-Naal** in the above entitled cause.

                                                    s/ Elias J. Escobedo, Jr.
                                                    Attorney for Defendant
                                                    995 West Huron
                                                    Waterford, MI 48328
                                                    Phone: (248) 682-8400
                                                    Email: elias@escobedolaw.com
                                                    P37808