UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case No. 1:23-cr-20121

v.                                                   Honorable Thomas L. Ludington
                                                         United States District Judge

FREDY ALONZO POOT-NAAL,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S HYBRID MOTION FOR BOND**

In February 2023, Defendant Fredy Alonzo Poot-Naal was charged by indictment with one count of reentry of a removed alien, 8 U.S.C. § 1326(a), ECF No. 1, and then consented to detention pending trial, ECF No. 7. Two months later he pleaded guilty to the charge. ECF Nos. 15; 17; 18. A sentencing hearing is scheduled for July 26, 2023. ECF No. 19.

Although Defendant is represented by court-appointed counsel, *see* ECF Nos. 3; 5, he filed a *pro se* motion for bond on June 13, 2023, ECF No. 20.

By simultaneously proceeding *pro se* and through counsel, Defendant is proceeding in a "hybrid" fashion. *E.g.*, *United States v. Marin*, 597 F. Supp. 3d 1162, 1163 (E.D. Mich. 2022); *see McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984). Although the Sixth Amendment guarantees defendants the right to conduct their own defense and even to represent themselves, *see Faretta v. California*, 422 U.S. 806, 819–20 (1975), the right of self-representation does not include the right to proceed in a hybrid fashion, *McKaskle*, 465 U.S. at 183; *see United States v. Mosely*, 810 F.2d 93, 97–98 (6th Cir. 1987). Because Defendant filed a hybrid motion, it will be denied. *United States v. Trout*, 596 F. Supp. 3d 965, 967 (E.D. Mich. 2022). Defendant should seek relief from this Court through his court-appointed attorney, Mr. Elias Escobedo.

- 2 -

Accordingly, it is **ORDERED** that Defendant's Motion for Bond, ECF No. 20, is **DENIED**.

Dated: June 14, 2023                    <u>s/Thomas L. Ludington</u>
                                        THOMAS L. LUDINGTON
                                        United States District Judge